453 A.2d 336

**G. William JACOBS and Lillian E. Jacobs, Appellants,**

**v.**

**NETHER PROVIDENCE TOWNSHIP.**

Supreme Court of Pennsylvania.

Argued Dec. 6, 1982.

Decided Dec. 29, 1982.

Leonard J. Tripodi, Media, for appellant.

John W. Wellman, Media, for appellee.

Before O'BRIEN, C.J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted. 55 Pa.Cmwlth. 142, 423 A.2d 442 (1980).